UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES GREGOIRE DE ROTHSCHILD,

                Plaintiff,

    - against -

JORDAN D. SERLIN,

               Defendant.

**ORDER**

19 Civ. 11439 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference currently scheduled for May 14, 2020 is adjourned to **June 11, 2020 at 11:00 a.m.**  Plaintiff is directed to respond to Defendant's April 24, 2020 letter (Dkt. No. 23) by **May 8, 2020**.

Dated:  New York, New York
         May 4, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge