UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES GREGOIRE DE ROTHSCHILD,

          Plaintiff,

    - against -

JORDAN D. SERLIN,

          Defendant.

**ORDER**

19 Civ. 11439 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **July 13, 2020**;

2. Plaintiff's opposition is due on **August 3, 2020**; and

3. Defendant's reply, if any, is due on **August 10, 2020**.

It is further ORDERED that discovery will be stayed pending the briefing and resolution of the motion to dismiss. The conference scheduled for July 9, 2020 is adjourned <u>sine die</u>. The Clerk of the Court is directed to terminate the motion (Dkt. No. 23).

Dated:  New York, New York
      June 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge