UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
CHARLES GREGOIRE DE ROTHSCHILD,            :
:
Plaintiff,   :
:
--against--                :
:
:
JORDAN D. SERLIN,                          :
:
Defendant.   :
---------------------------------------------------------------- x

> MEMO ENDORSED
> The motion to strike is denied for failure to comply with Section IV of this Court's Individual Rules of Practice. Counsel must comply with this Court's Individual Rules of Practice in all future filings. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 39, 40, 41).
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> August 11, 2020

## PLAINTIFF MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff, through his attorneys, Leonard Zack & Associates, respectfully moves to strike Defendant's August 7, 2020 submissions, Dkt. Nos. 35-38, Motion to Dismiss, Declaration, Memorandum of Law in Support of Motion to Dismiss, and Reply Memorandum of Law in Support of Motion to Dismiss as impertinent and immaterial as they relate to litigation Plaintiff is not a party. Fed. R. Civ. P. 12

In support, Plaintiff submits Plaintiff Memorandum of Law in Support of Motion to Strike, dated August 10, 2020, which is being filed contemporaneously with this motion and is incorporated below.

Dated: New York, New York
     August 10, 2020

Respectfully submitted,

_____
LEONARD ZACK, ESQ.
LEONARD ZACK AND ASSOCIATES
Attorney for Plaintiff
505 Park Avenue, 18th Fl.
New York, NY 10022
(212) 754-4050 (voice)
leonardzack@lzack.com (email)

i