UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES GREGOIRE DE ROTHSCHILD,

                     Plaintiff,

-against-

JORDAN D. SERLIN,

                     Defendant.
-----------------------------------------------------------X

3/8/2021

19 **CIVIL** 11439 (PGG)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 8, 2021, Plaintiff's leave to amend is denied.  Defendant's motion to dismiss is granted.

**Dated:**  New York, New York

      March 8, 2021

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

BY:

                                                     **Deputy Clerk**